**No. 46878.**—Protest 59789–K of Marks & Rosenfeld, Inc. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel that the merchandise in question is similar in all material respects to that the subject of Abstract 46139, the claim at 70 percent under paragraph 212 was sustained.